UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **GRACIE ALVARADO,** | ) |
| Plaintiff, | ) Case No. CV 16-7207 AJW |
| v. | ) J U D G M E N T |
| **NANCY A. BERRYHILL,**<br>**Acting Commissioner of the Social**<br>**Security Administration,** | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is reversed, and this case is remanded to defendant for further administrative proceedings consistent with the memorandum of decision.

August 29, 2017

_____
ANDREW J. WISTRICH
United States Magistrate Judge